LAW OFFICES OF G. MARTIN VELEZ
G. MARTIN VELEZ (168315)
4040 Civic Center Drive, Suite 200
San Rafael, California 94903
Telephone: (415) 342-4125
Facsimile: (415) 532-2492

Attorneys for Plaintiff
CHOY WAH LOUIE

LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
MELISSA DUBBS (State Bar No. 163650
Email: mdubbs@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOY WAH LOUIE<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-20, inclusive,<br><br>          Defendant. | Case No. 16-CV-00939-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER RE REVISED CASE SCHEDULE**<br><br>Date:           May 31, 2016<br>Time:          2:00 p.m.<br>Courtroom:   10<br><br>Complaint filed:  January 27, 2016 |

Plaintiff Choy Wah Louie ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant" or "UPS") (together referred to as the "Parties") stipulate to the following revised schedule for future proceedings.

**Scheduling:**

The Parties agree to the following dates for future proceedings in this action:

(a)     DEADLINE TO COMPLETE FACT DISCOVERY: October 31, 2016;

1

1      (b)    EXCHANGE DESIGNATIONS OF EXPERT WITNESSES: November 30, 2016;

3      (c)    EXCHANGE DESIGNATIONS OF REBUTTAL EXPERT WITNESSES: December 15, 2016;

5      (d)    DEADLINE TO COMPLETE EXPERT DISCOVERY: January 15, 2017;

6      (e)    LAST DAY TO HEAR DISPOSITIVE MOTIONS: March 13, 2017;

7      (f)    FINAL PRETRIAL CONFERENCE: April 24, 2017;

8      (g)    TRIAL: May 8, 2017.

Dated: June 2, 2016

*/s/ G. Martin Velez*
G. MARTIN VELEZ
Attorney for Plaintiff
CHOY WAH LOUIE

Dated: June 2, 2016

LAFAYETTE & KUMAGAI LLP

*/s/ Susan T. Kumagai*
SUSAN T. KUMAGAI
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

**IT IS SO ORDERED** except that March 9, 2017 is the last day for dispositive motions to be heard, and April 25, 2017 at 3:00 p.m. is the pretrial conference date.

Dated: June 2, 2016

The Hon. Haywood S. Gilliam, Jr.

2

STIPULATION AND [PROPOSED] ORDER RE REVISED CASE SCHEDULE
(Case No. CV16-cv-00939-HSG)