LAW OFFICES OF G. MARTIN VELEZ
G. MARTIN VELEZ (168315)
4040 Civic Center Drive, Suite 200
San Rafael, California 94903
Telephone: (415) 342-4125
Facsimile: (415) 532-2492

Attorneys for Plaintiff
CHOY WAH LOUIE

LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
MELISSA DUBBS (State Bar No. 163650)
Email: mdubbs@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOY WAH LOUIE<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-20, inclusive,<br><br>　　　　Defendant. | Case No. 16-CV-00939-HSG<br><br>**STIPULATION TO CONTINUE TIME TO FILE STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint filed:   January 27, 2016 |

**STIPULATION TO CONTINUE TIME TO FILE STIPULATION OF DISMISSAL AND [PROPOSED] ORDER (CASE NO. 16-CV-00939-HSG)**

Plaintiff Choy Wah Louie ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively "Parties") through their respective counsel, hereby stipulate as follows:

WHEREAS, the Parties reached a settlement of this matter on September 23, 2016 (Dkt #22.);

WHEREAS, on October 3, 2016 and October 7, 2016, the Court issued Orders to plaintiff to Show Cause Why Conditional Dismissal Should Not Issue and Order Directing Plaintiff to Respond to Order to Show Cause, respectively (Dkt #23 and #24.);

WHEREAS, the Parties anticipate a Stipulation of Dismissal will be filed on or before October 31, 2016;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The last day to file a Stipulation of Dismissal is October 31, 2016.

Dated:  October 10, 2016

*/s/ G. Martin Velez*
G. MARTIN VELEZ
Attorney for Plaintiff
CHOY WAH LOUIE

Dated:  October 10, 2016

LAFAYETTE & KUMAGAI LLP

*/s/ Susan T. Kumagai*
SUSAN T. KUMAGAI
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

**IT IS SO ORDERED.**

Dated: _____10/11/2016_____

The Hon. Haywood S. Gilliam, Jr.

**STIPULATION TO CONTINUE TIME TO FILE STIPULATION OF DISMISSAL AND [PROPOSED] ORDER (CASE NO. 16-CV-00939-HSG)**

# **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on October 10, 2016, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by the use of the Court's ECF system.

/s/ *Susan T. Kumagai*
SUSAN T. KUMAGAI

**STIPULATION TO CONTINUE TIME TO FILE STIPULATION OF DISMISSAL AND [PROPOSED] ORDER (CASE NO. 16-CV-00939-HSG)**